IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> WESTWIND MANOR RESORT ASSOCIATION, INC., *et al*.,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 19-50026 (DRJ) <br> Jointly Administered |
| WARRIOR CUSTOM GOLF, INC., WARRIOR ACQUISITIONS, LLC, AND WARRIOR GOLF, LLC (DE), <br><br> Plaintiffs, <br><br> v. <br><br> CECIL MELLINGER, <br><br> Defendant. | Adversary Proceeding <br> No. 20-03037 (DRJ) |

## NOTICE OF STIPULATION BY AND BETWEEN THE DEBTORS AND CECIL MELLINGER

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Westwind Manor Resort Association, Inc. (7533); Warrior ATV Golf, LLC (3420); Warrior Acquisitions, LLC (9919); Warrior Golf Development, LLC (5741); Warrior Golf Management, LLC (7882); Warrior Golf Assets, LLC (1639); Warrior Golf Venture, LLC (7752); Warrior Premium Properties, LLC (0220); Warrior Golf, LLC (4207); Warrior Custom Golf, Inc. (2941); Warrior Golf Equities, LLC (9803); Warrior Golf Capital, LLC (5713); Warrior Golf Resources, LLC (6619); Warrior Golf Legends, LLC (3099); Warrior Golf Holdings, LLC (2892); and Warrior Capital Management, LLC (8233). The address of the Debtors' corporate headquarters is 15 Mason, Suite A, Irvine, California 92618.

**PLEASE TAKE NOTICE THAT:**

The above-referenced debtors and debtors in possession (the "Debtors") and Cecil Mellinger ("Mellinger") hereby stipulate and agree to modify that certain *Stipulated Order Resolving Adversary Proceeding* entered at Docket No. 10 of this Adversary Proceeding (the "Stipulated Order") solely and exclusively to the extent explicitly set forth herein.[2] The Debtors and Mellinger agree that deadline by which Mellinger is obligated to dismiss the Florida Litigation set forth in Paragraph 3(a) of the Stipulated Order shall be extended to a future date, as follows:

- Mellinger shall dismiss the Florida Litigation, as set forth in Paragraph 3(a) of the Stipulated Order, within 5 business days of the Debtors filing a notice in this Adversary Proceeding demanding the dismissal of the Florida Litigation.

All other terms of the Stipulated Order shall remain unchanged.

**AGREED TO AS TO FORM AND CONTENT:**
Dated:  April 14, 2020

| **COLE SCHOTZ P.C.** | **JORDAN, HOLZER & ORTIZ, P.C.** |
|---|---|
| By: */s/ Michael D. Warner* | */s/ Shelby A. Jordan* |
| Michael D. Warner (TX Bar No. 00792304) | Shelby A. Jordan (TX Bar No. 11016700) |
| Benjamin L. Wallen (TX Bar No. 24102623) | 500 North Shoreline Blvd., Suite 900 |
| 301 Commerce Street, Suite 1700 | Corpus Christi, TX 78401 |
| Fort Worth, TX 76102 | Tel:  361.884.5678 |
| Telephone: (817) 810-5250 | Fax: 361.888.5555 |
| Facsimile: (817) 810-5255 | sjordan@jhwclaw.com |
| Email: mwarner@coleschotz.com |  |
|         bwallen@coleschotz.com | **COUNSEL FOR MELLINGER** |
| **COUNSEL FOR THE DEBTORS** |  |

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulated Order.